IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BLANCA YESENIA RINCON FLORES,<br><br>    Defendants. | 4:25CR3107<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Timothy J. Anderson to withdraw as counsel of record for Defendant, (Filing No. 30), is granted.

2) Defendant's newly retained counsel, Carlos A. Monzon, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Timothy J. Anderson from any future ECF notifications herein.

Dated this 16th day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge